UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MICHAEL T. STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:13-cv-38-JMS-WGH |
| | ) | |
| LT. BRACE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**Entry Striking "Second Commercial Notice" and Directing Plaintiff to Show Cause**

**I.**

The plaintiff's submission of his Second Commercial Notice [dkt. 52] is of **no legal effect** and is **stricken,** although the clerk shall retain it in the case file.

**II.**

In response to the plaintiff's first "commercial notice," the Court informed him that "[d]istrict judges have the inherent authority to impose sanctions–including dismissal–when a litigant engages in conduct that abuses the judicial process." *White v. Williams*, No. 10-2400, 423 Fed.Appx. 645, 646 (7th Cir. 2011). Entry of April 1, 2013 (docket 35). Nonetheless, the plaintiff's filing of May 29, 2013, unquestionably constitutes a filing without factual or legal basis, and it has consumed an incremental amount of the court's time.

"Every paper filed with the Clerk of this Court, no matter how repetitious or frivolous, requires some portion of the institution's limited resources." *In re McDonald,* 489 U.S. 180, 184 (1989); *see also United States ex rel. Verdone v. Circuit Court for Taylor County,* 73 F.3d 669, 671 (7th Cir. 1995) ("Frivolous, vexatious, and repeated filings by pro se litigants interfere with

the orderly administration of justice by diverting scarce judicial resources from cases having merit and filed by litigants willing to follow court orders.").

The plaintiff **shall have 21 calendar days** from the date of issuance of this Entry in which to **show cause** why appropriate sanctions should not be imposed based on the wasteful, baseless filings referenced above. In responding to these directions, the plaintiff should bear in mind that "litigants who decide that they will play by rules of their own invention will find that the game cannot be won." *United States v. Golden Elevator, Inc.*, 27 F.3d 301, 302 (7th Cir. 1994) (internal quotation omitted).

**IT IS SO ORDERED.**

Date: 06/07/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Michael T. Stevens
06284-055
Tucson United States Penitentiary
Inmate Mail/Parcels
P.O. Box 24550
Tucson, AZ 85734

Electronically Registered Counsel

NOTE TO CLERK: PROCESSING THIS DOCUMENT REQUIRES ACTIONS IN ADDITION TO DOCKETING AND DISTRIBUTION.