UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| MICHAEL T. STEVENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 2:13-cv-38-JMS-WGH |
| | ) | |
| LT. BRACE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**E N T R Y**

The plaintiff's motion for summary judgment [dkt. 64] is **denied** because the action is closed and the plaintiff has not sought leave to reopen. *See also Figgie Int'l, Inc. v. Miller,* 966 F.2d 1178, 1179 (7th Cir. 1992) ("It is well settled that after a final judgment, a plaintiff may amend a complaint under [Rule] 15(a) only with leave of court after a motion under Rule 59(e) or 60(b) has been made and the judgment has been set aside or vacated."). This action was dismissed on June 28, 2013. Plaintiff's motion requesting summary judgment, seeking to add a new claim against new defendants, was filed on July 10, 2013.

**IT IS SO ORDERED.**

Date: 07/22/2013

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Michael T. Stevens, 06284-055, Tucson United States Penitentiary, Inmate Mail/Parcels, P.O. Box 24550, Tucson, AZ 85734

Electronically Registered Counsel